**Exhibit A to the Complaint**

**Location:** Fairfax, VA  
**Total Works Infringed:** 32  
**IP Address:** 173.73.10.18  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 10EF1FC2FE382DF23F4724533A8D590F07525DCC File Hash: A15194BDAD73A21B813326F3121F555453E6BDE770026C996E7767A80D8B4238 | 12/02/2020 19:52:17 | Tushy | 11/22/2020 | 11/30/2020 | PA0002266355 |
| 2 | Info Hash: 0AE0878D19E582C7FFD56A81730783327744F79B File Hash: 16737319A538205F8F7F599A095C024F9A319D9E64EABFA349E303E3ACFA24EE | 07/30/2020 16:49:28 | Blacked | 03/01/2018 | 04/12/2018 | PA0002091580 |
| 3 | Info Hash: 07FDB37D264298CC445D280C6AB633B66458DF8A File Hash: 34D39FDEACB018D52BAAD5F69D131B6DAE9D821DCAAE72D380E281962F8C8EFC | 07/30/2020 04:30:47 | Blacked | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 4 | Info Hash: E4DCB4F84FC34F489DBC8A8391EEE55945D79192 File Hash: D698DE9EE1E37AA0E4A6E5DE99D4BEC1FF756F61AB51D32848AAE94D1DAA07C6 | 07/30/2020 04:30:47 | Vixen | 05/09/2019 | 06/03/2019 | PA0002178768 |
| 5 | Info Hash: 8D8C54E4AD9A63EF95B4B803AC6AF5D38E24AB3C File Hash: 0B9CFA57C3C5ABCB2FF4E203A8ABA028905E62EFB5C34E3A6A6E4ED574FE4359 | 07/02/2020 08:21:53 | Vixen | 04/09/2017 | 06/05/2017 | PA0002052836 |
| 6 | Info Hash: 1157E128A01AF486EA81F66C939029A46A5990EF File Hash: BB04BEF65F97908459A72857FB6CED65B5629585DBADA45AE827B9220036FF27 | 06/20/2020 08:42:16 | Blacked Raw | 10/24/2019 | 11/05/2019 | PA0002210293 |
| 7 | Info Hash: 6445CE4817F4DB05D44F5471DD71DC090C54AB28 File Hash: CD8078544F75272FB671EB5D2F3583FFE6C1D31EF0474A197E8E6324EC424BE5 | 06/20/2020 05:36:59 | Blacked | 06/14/2017 | 07/07/2017 | PA0002070824 |
| 8 | Info Hash: D9718D89E3C33C64663B1CCF7DE23284214AA25A File Hash: 67CF3FD118E030D362584B832E7A031E4B659956A4CD3CFF8DD8031D77A48EDF | 06/20/2020 02:30:12 | Blacked | 03/11/2017 | 05/25/2017 | PA0002049782 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 2053E01025B6E3C5028BD8BF0918C9DCC29B8003<br>File Hash: 6E3FB52710C2046BAE9198F9300EA239B3D7ADD836FBDA56DF8C2FA9AB59DF10 | 06/20/2020 02:26:14 | Blacked | 11/11/2017 | 11/27/2017 | PA0002098000 |
| 10 | Info Hash: 3CCE6C46B35A958A1D64373890A7E503650F86ED<br>File Hash: 2F40C0C6E9168FC626C8F678D351157686B39E5398D3A954B8E56F416E8A0E0C | 06/20/2020 02:25:49 | Vixen | 02/28/2019 | 03/31/2019 | PA0002163973 |
| 11 | Info Hash: 8DA6FBF72182BCFBA30C1BDEB6F9BAFE36534BD1<br>File Hash: EABC7CE77B5A50F481FE10F21CEDD25DBB3CF4163AE5C15DDF838F13D0590DC5 | 06/20/2020 02:25:45 | Vixen | 12/25/2017 | 01/15/2018 | PA0002099686 |
| 12 | Info Hash: D8DBE0BC47AE81C00FF99BE9EC0C27C534D4FBC9<br>File Hash: E15A2B777346931382B9C07010C967C96D84476DD4921D33F49790FC43687E01 | 06/20/2020 02:25:45 | Blacked | 07/24/2019 | 09/10/2019 | PA0002199414 |
| 13 | Info Hash: 3F03FC22E22A9D756D95E1776646FDF4F72AA005<br>File Hash: 8B07E7B1D7E9451D27DDE64EFECD8E18EF92A9A1AC4A37BE6C9A9D1788BA5AFF | 06/20/2020 02:25:42 | Blacked Raw | 05/17/2019 | 07/05/2019 | PA0002206002 |
| 14 | Info Hash: C465804FA77D6D9154FC6F90A002028C6D82261F<br>File Hash: ABE8E89102DCC552642A4EACEC85C05B1FF6A2D9DC0AC5C303DFDDDA0CB9F023 | 06/19/2020 23:15:20 | Blacked Raw | 08/30/2019 | 09/17/2019 | PA0002216138 |
| 15 | Info Hash: 5E4D20044F1AE6627F61FC13745351E742C51A3B<br>File Hash: AA1312A9C012D8F7A0E54B5B2003A8B4E45675E08691880B56BA0028918B8DE3 | 06/19/2020 21:53:20 | Vixen | 01/24/2020 | 03/15/2020 | PA0002240434 |
| 16 | Info Hash: 545A7601DB9163E59906F4CAA24E7DE7DF54BD04<br>File Hash: 94A1CD2E4BE02C7EB3C7D878EE6EF8118512FD67665061649335971F3227A52E | 06/19/2020 21:18:18 | Vixen | 04/09/2019 | 04/29/2019 | PA0002169963 |
| 17 | Info Hash: C80537A3D72426F9C241B9E22CD5E99BBAF12CD7<br>File Hash: 0BBF0CA8EC54E6B96476ED0F6388DD9E737ACE9700265E8DF84752BDD872DADF | 06/19/2020 21:18:18 | Tushy | 05/26/2017 | 06/22/2017 | PA0002039288 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 8E53E4E1B5C338D734633F2D937870CBCCD44B68 File Hash: EA4D9009B34F773184E4EB73E2BDE6C65D783E27863E51E1B60C05901FB93C08 | 05/29/2020 01:11:52 | Blacked | 01/10/2020 | 02/04/2020 | PA0002225582 |
| 19 | Info Hash: 495CFD95598FC306BEACC5EEEDC02398CD62A732 File Hash: 61681AF79758E32D6375754DA00B5D5D69BA550FE876966EB444891E9E8F633C | 04/02/2020 04:15:28 | Vixen | 03/14/2020 | 04/17/2020 | PA0002246114 |
| 20 | Info Hash: 13D118FB211D1B1F5E6905AF4D64F360C680AAF0 File Hash: 85BDA99930300B18BBBB8274E67E93A4282E941F871F6CD684C739D73C472680 | 04/02/2020 04:14:17 | Vixen | 03/20/2020 | 04/17/2020 | PA0002246116 |
| 21 | Info Hash: 51977396826847F3260D0D380423FAD47A7E5EA6 File Hash: 1B3F1DA51F73F9333F96A92475051A292BFACA76CB7EF662457FB18470D95BBC | 03/27/2020 12:55:52 | Blacked | 09/22/2019 | 10/07/2019 | PA0002205469 |
| 22 | Info Hash: 48BF25E10CCFC6B814E7E600A25EEA398348985A File Hash: 79B4AAAC410E5E0EC7DC7E0A29DD342F0444CD533F82C9970302631932F19AC0 | 03/24/2020 23:53:05 | Blacked | 12/26/2019 | 01/27/2020 | PA0002223955 |
| 23 | Info Hash: D4E8F84455E9148CCE472CDF248A4A04996AC6E9 File Hash: A27BD0DC662A8E494AD2DF17811179E86B6B9837BA8D162AEAE0C027D35B8BA2 | 03/24/2020 23:52:48 | Vixen | 12/10/2019 | 01/03/2020 | PA0002233429 |
| 24 | Info Hash: EB400313E2D6B48F920A9910FCF6DC0E47BE948C File Hash: D666BE6383430C00DF9DABEFE90B6DD9B63E1ED6AFE02BAA18493C72865DA559 | 03/24/2020 23:52:47 | Vixen | 12/20/2019 | 02/03/2020 | PA0002225564 |
| 25 | Info Hash: 7EF4005FDBE78DA93F4DCB7D1264D145939FFAFA File Hash: BDB9182D95BF19B452168FB547346B62388EC1F3F09824BF0E870A5896894B7E | 03/24/2020 23:52:29 | Vixen | 09/06/2019 | 09/13/2019 | PA0002200698 |
| 26 | Info Hash: 48E0E270F9AC6EDC332C223E33AD779D2D99FBBA File Hash: 7EA0C2F39068E1F2D82FFB192BD8305EB3F71DC51AAF155766285BA6CD367A6E | 03/24/2020 20:51:03 | Tushy | 08/14/2019 | 09/17/2019 | PA0002216214 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 4BCF82B1718A8BE730A99340F487E07E36E72D26<br>File Hash: AA0BC4C6FE7CD9AC6903EFE7DB520E0D4365147E432EF97207A53D67375A920A | 03/24/2020 20:50:18 | Blacked | 09/02/2019 | 09/13/2019 | PA0002200702 |
| 28 | Info Hash: 57569A5B0BD3B4051DBCD6ECDAE961AA56DA6CAF<br>File Hash: 1688FFDC65F24CFFA8F839CF55DEA19B5162AF79B2B182D1EA31F39F3C208CDE | 03/24/2020 20:49:42 | Blacked | 12/06/2019 | 12/17/2019 | PA0002217665 |
| 29 | Info Hash: 76F73DAA3C3A5F9C184353D2ED9EDB7B69B394E1<br>File Hash: F8CE8E0DB0EAB65F9B5BC1D3EEAF22F89AE169435419C66E28A8E19AED15A875 | 03/24/2020 20:49:42 | Blacked | 01/25/2020 | 02/20/2020 | PA0002229054 |
| 30 | Info Hash: CA25ED2ACBEAB7120AC13E1DBF57E27F1CCEB188<br>File Hash: C318E83054D6AB1751514C8753909E63ED0F2385D50CA45AC2F1F33036804C5B | 03/24/2020 14:43:48 | Vixen | 12/25/2019 | 01/03/2020 | PA0002219640 |
| 31 | Info Hash: 5BE24FA4C2AC39AF0632E90416B5BFB1FE096393<br>File Hash: 605C3ECCF85B264E024EBB0503A552E7FECE603972FE9C1ED99B11DB58C92547 | 03/24/2020 08:38:23 | Blacked | 02/09/2020 | 03/18/2020 | PA0002241446 |
| 32 | Info Hash: 670FF5C2E68B51A5AAF72A23C92EBA80EFAF4BA5<br>File Hash: 1C9DC840D9E042EFF6A3BEDAC8D901D63DF6BDCCA4A91E0D5C7CF2280CA0D3BB | 03/24/2020 08:38:04 | Blacked | 02/14/2020 | 03/18/2020 | PA0002241448 |